## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROMAR LAKES CONDOMINIUM** | ) | |
| **ASSOCIATION, INC., et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 05-0554-WS-C** |
| | ) | |
| **GREAT AMERICAN INSURANCE** | ) | |
| **COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

In accordance with the stipulation filed by the plaintiff, (Doc. 4), this action is **dismissed without prejudice**.

DONE and ORDERED this 7th day of October, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE